IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JENEEN CLARK**                                                                                          **PLAINTIFF**

V.                              **CASE NO. 4:22-CV-00106-LPR-JTK**

**COMMISSIONER of**
**SOCIAL SECURITY ADMINISTRATION**                                              **DEFENDANT**

# ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed, and the time to do so has expired. After performing a careful and *de novo* review of the RD and the record, the Court concludes that the RD should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and judgment will be entered for the Commissioner in this case.

DATED this 14th day of August 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE