IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JENEEN CLARK**                                                                                                    **PLAINTIFF**

**V.**          **CASE NO. 4:22-CV-00106-LPR-JTK**

**COMMISSIONER of**
**SOCIAL SECURITY ADMINISTRATION**                                             **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED, and judgment is entered in favor of the Commissioner.

DATED this 14th day of August 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE